# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRUCE WOODSON,**

     **Plaintiff,**

**-vs-**             **Case No.  6:07-cv-816-Orl-31DAB**

**MODULAR CLEAN, INC., WALTER R.
OLIVER and JOAN T. OLIVER,**

     **Defendants.**

_____

## ORDER OF DEFAULT

   This matter comes before the Court on the Order to Show Cause (Doc. 25) entered by the

Court on January 3, 2008.  On pain of sanction, including default, the Court ordered the

Defendants to show cause why they had failed to comply with the Case Management and

Scheduling Order.  The Defendants' attorney responded on January 14, saying that he had

provided all necessary information to his clients, but that they refused to communicate with him or

participate in the case.  (Doc. 26).  The Court notes that the Defendants did not attend the

mediation conference on December 17 (Doc. 19), which is the subject of a separate motion for

sanctions (Doc. 21) filed by the Plaintiff.  However, that motion does not include affidavits or

other evidence from which the Court can discern the amount of damages sought.

   In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the

Defendants are declared to be in default.  Not more than ten days after the entry of this order, the

Plaintiff may file a motion for default judgment, properly supported by affidavits or other

permissible evidence as to damages.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 29, 2008.

                                                    GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party