# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRUCE WOODSON,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:07-cv-816-Orl-31DAB**

**MODULAR CLEAN, INC., WALTER R.**
**OLIVER and JOAN T. OLIVER,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 29) filed February 6, 2008.

On February 11, 2008, the United States Magistrate Judge issued a report (Doc. No. 31) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 3rd day of March, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE